IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STINGRAY IP SOLUTIONS, LLC, | § |
| | § |
| Plaintiff, | § JURY TRIAL DEMANDED |
| | § |
| v. | § CIVIL ACTION NO. 2:21-cv-201-JRG |
| | § (Lead Case: 2:21-cv-195-JRG) |
| SOMFY SA and SOMFY ACTIVITÉS SA, | § |
| | § |
| Defendants. | § CIVIL ACTION NO. 2:21-cv-202-JRG |
| | § (Lead Case: 2:21-cv-196-JRG) |
| | § |
| | § |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Stingray IP Solutions, LLC and Defendants Somfy SA and Somfy Activités SA (collectively, the "Parties") respectfully submit this Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties respectfully inform the Court as follows:

The Parties have reached a settlement in principle of all matters in controversy, pending documentation, and request that the Court stay all deadlines in the above-captioned cases as related to the Parties for thirty (30) days.

1

| | |
|---|---|
| Dated: October 29, 2021 | Respectfully submitted, |
| /s/Melissa R. Smith | /s/Jeffrey R. Bragalone |
| Melissa R. Smith | Jeffrey R. Bragalone (lead attorney) |
| Texas Bar No. 24001351 | Texas Bar No. 02855775 |
| GILLAM SMITH LLP | Terry A. Saad |
| 303 South Washing Avenue | Texas Bar No. 24066015 |
| Marshall, Texas 75670 | Marcus Benavides |
| Tel: 903.934.8450 | Texas Bar No. 24035574 |
| Fax: 903.934.9257 | Hunter S. Palmer |
| melissa@gillamsmithlaw.com | Texas Bar No. 24080748 |
| | **BRAGALONE OLEJKO SAAD PC** |
| Michael R. Casey | 2200 Ross Avenue |
| *Admitted Pro Hac Vice* | Suite 4600W |
| Tia D. Fenton | Dallas, TX 75201 |
| *Admitted Pro Hac Vice* | Tel: (214) 785-6670 |
| OBLON, McCLELLAND, MAIER & NEUSTADT, LLP | Fax: (214) 785-6680 |
| | jbragalone@bosfirm.com |
| 1940 Duke Street | tsaad@bosfirm.com |
| Alexandria, Virginia 22314 | mbenavides@bosfirm.com |
| Tel: 703.413.3000 | hpalmer@bosfirm.com |
| Fax: 703.413.2220 | |
| mcasey@oblon.com | Wesley Hill |
| tfenton@oblon.com | Texas Bar No. 24032294 |
| | **WARD, SMITH, & HILL, PLLC** |
| | P.O. Bos 1231 |
| *Attorneys for Defendants* | Longview, TX 75606 |
| *Somfy S.A. and Somfy Activités S.A.* | Tel: (903) 757-6400 |
| | Fax: (903) 757-2323 |
| | wh@wsfirm.com |
| | |
| | **ATTORNEYS FOR PLAINTIFF STINGRAY IP SOLUTIONS, LLC** |

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), I certify that counsel for Plaintiff conferred with counsel for Defendants on October 29, 2021, via e-mail and, as reflected in the body of the Motion, the Parties agree to the form and substance of the Motion, the Motion is unopposed, and the parties jointly submit it to the Court.

/s/  *Jeffrey R. Bragalone*
Jeffrey R. Bragalone

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 29, 2021

/s/  *Jeffrey R. Bragalone*
Jeffrey R. Bragalone