# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **STINGRAY IP SOLUTIONS, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| v. | § | C.A. NO. 2:21-cv-00201-JRG |
| | § | (LEAD CASE) |
| **AMAZON.COM, INC. and** | § | C.A. NO. 2:21-cv-00202-JRG |
| **AMAZON.COM SERVICES LLC,** | § | (LEAD CASE) |
| | § | |
| **Defendants.** | § | C.A. NO. 2:21-cv-00193-JRG |
| | § | (CONSOLIDATED CASE, -00201) |
| | § | C.A. NO. 2:21-cv-00194-JRG |
| | § | (CONSOLIDATED CASE, -00202) |
| | § | |

## JOINT CLAIM CONSTRUCTION CHART PURSUANT TO P.R. 4-5(d)

Pursuant to P.R. 4-5(d) and the Court's Docket Control Order, Plaintiff Stingray IP Solutions, LLC ("Stingray") and Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Defendants") hereby jointly file the Joint Claim Construction Chart attached hereto as Exhibit A addressing terms for construction in this case.

Dated: March 15, 2022                              Respectfully submitted,

| | |
|---|---|
| /s/ *Terry A. Saad* <br> Jeffrey R. Bragalone (lead attorney) <br> Texas Bar No. 02855775 <br> Terry A. Saad <br> Texas Bar No. 24066015 <br> Marcus Benavides <br> Texas Bar No. 24035574 <br> Hunter S. Palmer <br> Texas Bar No. 24080748 <br> **BRAGALONE OLEJKO SAAD PC** <br> 2200 Ross Avenue <br> Suite 4600W <br> Dallas, TX 75201 <br> Tel: (214) 785-6670 <br> Fax: (214) 785-6680 <br> jbragalone@bosfirm.com <br> tsaad@bosfirm.com <br> mbenavides@bosfirm.com <br> hpalmer@bosfirm.com <br><br> Wesley Hill <br> Texas Bar No. 24032294 <br> **WARD, SMITH, & HILL, PLLC** <br> P.O. Box 1231 <br> Longview, TX 75606 <br> Tel: (903) 757-6400 <br> Fax: (903) 757-2323 <br> wh@wsfirm.com <br><br> **ATTORNEYS FOR PLAINTIFF** <br> **STINGRAY IP SOLUTIONS, LLC** | By: /s/ *Saina S. Shamilov* with permission <br> J. David Hadden <br> CA Bar No. 176148 (Admitted E.D. Tex.) <br> Email: dhadden@fenwick.com <br> Saina S. Shamilov <br> CA Bar No. 215636 (Admitted E.D. Tex.) <br> Email: sshamilov@fenwick.com <br> Ravi R. Ranganath <br> CA Bar No. 272981 (Admitted E.D. Tex.) <br> Email: rranganath@fenwick.com <br> **FENWICK & WEST LLP** <br> 801 California Street <br> Mountain View, CA 94041 <br> Telephone: (650) 988-8500 <br> Facsimile: (650) 938-5200 <br><br> Geoffrey R. Miller <br> (Texas State Bar No. 24094847) <br> Email: gmiller@fenwick.com <br> **FENWICK & WEST LLP** <br> 902 Broadway, Suite 14 <br> New York, NY 10010 <br> Telephone: 212.430.2600 <br> Facsimile: 650.938.5200 <br><br> Min Wu <br> CA Bar No. 307512 (Admitted E.D. Tex.) <br> Email: min.wu@fenwick.com <br> **FENWICK & WEST LLP** <br> 555 California Street, 12th Floor <br> San Francisco, CA 94104 <br> Telephone: 415.281.1350 <br> Facsimile: 415.281.1350 <br><br> Deron R. Dacus <br> (Texas State Bar No. 00790553) <br> Email: ddacus@dacusfirm.com <br> **THE DACUS FIRM, P.C.** <br> 821 ESE Loop 323. Suite 430 <br> Tyler, TX 75701 <br> Telephone: 903.705.1117 <br> Facsimile: 903.581.2543 <br> ***Counsel for DEFENDANTS*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on March 15, 2022.

                                                                          */s/ Terry A. Saad*